Benjamin N. Gluck - State Bar No. 203997
   bgluck@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
   abowman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff Richard Roe

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD ROE, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY) <br><br> Defendants. | CASE NO. 2:21-cv-02919 <br><br> **NOTICE OF RELATED CASES** <br><br> **[Local Rule 83-1.3.1]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Richard Roe, hereby provides notice of related cases pursuant to Local Rule 83-1.3.1.

This case is related to two civil case pending in this district: *John Doe v. United States of America, et al.*, Case No. 2:21-cv-02803-RGK (MARx), before United States District Judge Gary R. Klausner, and *Poe v. United States of America, et al.*, Case No. 2:21-cv-02899, pending assignment.

First, all three cases arise from the same or a closely related transaction, happening, or event. Namely, both cases involve plaintiffs who leased safety deposit boxes at U.S. Private Vaults ("USPV"), located at 9182 West Olympic Boulevard, Beverly Hills, California 90212, and the Government's unlawful search and seizure of those safe deposit boxes without probable cause or a valid search warrant, in violation of the plaintiffs' Fourth Amendment rights.

Second, all three cases call for determination of the same or substantially related or similar questions of law and fact: (1) whether the Government's search, seizure, inspection and inventorying of the plaintiffs' USPV safe deposit boxes violated and continues to violate their Fourth and Fifth Amendment rights, and (2) if so, what relief is authorized and appropriate.

Third, the same defendants are named in all three cases and the relief sought in each of the cases is essentially the same; therefore, there would be a substantial duplication of labor if the three cases were heard by different judges

DATED: April 5, 2021

Benjamin N. Gluck
Ashley D. Bowman
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____
Benjamin N. Gluck
Attorneys for Plaintiff Richard Roe