# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Roe <br><br> v. <br><br> United States of America et al <br><br> PLAINTIFF(S) <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:21-cv-02919 AB (KSx) <br><br> **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

_April 7, 2021_          _R. Gary Klausner_
Date          United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____          _____
Date          United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _2:21-cv-02803RGK (MARx)_ and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _Stevenson_ to Magistrate Judge _Rocconi_.

On all documents subsequently filed in this case, please substitute the initials _RGK (MARx)_ after the case number in place of the initials of the prior judge, so that the case number will read _2:21-cv-02919 RGK (MARx)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*  [ ] *Statistics Clerk*

CV-34 (03/21)      **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Cases)**