1  Benjamin N. Gluck - State Bar No. 203997
      bgluck@birdmarella.com
2  Ashley D. Bowman - State Bar No. 286099
      abowman@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile:  (310) 201-2110
6
   Attorneys for Plaintiff Richard Roe
7

8              **UNITED STATES DISTRICT COURT**

9         **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

| | |
|---|---|
| 11  RICHARD ROE, | CASE NO. 2:21-cv-02919 RGK (MARx) |
| 12            Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA (BY CERTIFIED MAIL - FRCP 4)** |
| 13       vs. | |
| 14  UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY), | Assigned to Hon. R. Gary Klausner |
| 16            Defendants. | Complaint Filed: April 5, 2021 |

3712625.1

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA
(BY CERTIFIED MAIL - FRCP 4)

1. I, Carlos Duran, certify and declare that, at the time of service, I was over 18 years of age and not a party to the above-captioned action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Twenty-Third Floor, Los Angeles, California 90067. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

2. Pursuant to F.R.C.P. 4, on April 9, 2021, I served a true copy of the following listed documents, in the manner and on the parties listed and described below:

   a. **List of Documents Served:**

      1. Complaint For: (1) Return Of Property (Fed. R. Crim. P. 41(g));(2) Unlawful Search And Seizure In Violation Of Fourth And Fifth Amendments; and Demand For Jury Trial (Dkt. No. 1);
      2. Civil Cover Sheet (Dkt. No. 2);
      3. Notice of Interested Parties (Dkt. No. 3);
      4. Notice of Related Cases (Dkt. No. 7);
      5. Notice To Parties Of Court−Directed ADR Program (Dkt. No. 10);
      6. Summons in a Civil Action Issued to United States of America (Dkt. No. 11);
      7. Order Re Transfer of Case to Judge R. Gary Klausner (Dkt. No. 15);
      8. Standing Order of Judge R. Gary Klausner (Dkt. No. 16).

   b. **Manner of Service**: I served the documents listed in paragraph 2.a. above via **CERTIFIED MAIL** - by placing a true copy thereof in two sealed envelopes addressed to the parties listed in paragraph 2.c. below, and personally depositing the same with the U.S. Postal Service office located in Sylmar, California, with certified mail postage thereon fully prepaid. I am readily familiar with our firm's

practice of collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

c. **Party Served: UNITED STATES OF AMERICA.**

The documents listed in paragraph 2.a. above were enclosed in two separate sealed envelopes and addressed as follows:

**UNITED STATES OF AMERICA**
c/o Civil Process Clerk
United States Attorney's Office
Federal Building
300 N. Los Angeles Street, Suite 7516
Los Angeles, California 90012

**UNITED STATES ATTORNEY GENERAL**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 12, 2021, at Los Angeles, California.

_____
Carlos Duran

3712625.1

3

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA
(BY CERTIFIED MAIL - FRCP 4)