|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| RICHARD ROE, | Case No. 2:21-cv-02919-RGK-MAR |
| --- | --- |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS UNITED STATES OF AMERICA, TRACY L. WILKISON (OFFICIAL CAPACITY) AND KRISTI KOONS JOHNSON (OFFICIAL CAPACITY)'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDITION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)** |
| v. | |
| UNITED STATES OF AMERICA, TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY) | |
| Defendants. | |

The motion of Defendants United States of America, Tracy L. Wilkison (Official Capacity) and Kristi Koons Johnson (Official Capacity) (collectively, "the government") to Dismiss the Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) came on regularly for hearing

before this Court on June 28, 2021.  The Court, having considered the papers submitted by the parties, arguments of counsel and all other matters presented to the Court in connection with the motion,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the government's motion is granted.  Plaintiff's complaint is dismissed.

Dated: _____     _____
                                  THE HONORABLE R. GARY KLAUSNER
                                  UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


        /s/
_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.