| | |
|---|---|
| **From:** | Department of Justice Asset Forfeiture Program - eNotes Messaging Service |
| **Subject:** | Online claim has been successfully received by the Department of Justice Asset Forfeiture Program |
| **Date:** | Wednesday, June 9, 2021 1:44:04 PM |

You have successfully filed an online claim at 06/09/2021 13:37:30 PM and your filing (tracking number 214E-F81-F52-54E), has been received by the appropriate federal agency. The claimant is Pearsons, Jeni and the filing includes 1 seized asset(s). You may continue to access this online claim for review and/or printing until 06/19/2021 13:37:30 PM.

Successful filing of your claim does not ensure your claim is valid. Claims are reviewed for validity and timeliness by the seizing agency's legal staff. Valid and timely claims are then referred to the United States Attorney's Office. The United States Attorney's Office will decide to either pursue the case in court or to direct the seizing agency to return the seized asset(s).

Please read the FAQ.

If you have any questions and/or concerns regarding this email, please contact the Department of Justice Asset Forfeiture Customer Service Center AFMS.Services@usdoj.gov.

**EXHIBIT A**

**15**