Benjamin N. Gluck - State Bar No. 203997
  bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
  nvandyk@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
  abowman@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
  nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff Richard Roe

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD ROE,<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY),<br><br>          Defendants. | CASE NO. 2:21-cv-02919-RGK (MAR)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SURREPLY**<br><br>*[Filed Concurrently with Plaintiff's Ex Parte Application for Leave to File Surreply in Opposition to Defendants' Motion to Dismiss; and Declaration of Nicole R. Van Dyk in Support of Ex Parte Application for Leave to File Surreply]*<br><br>Date:   July 6, 2021<br>Time:   9:00 a.m.<br>Crtrm.: 850<br><br>Assigned to Hon. Gary R. Klausner |

3727452.1

# [PROPOSED] ORDER

This matter came before the Court on Plaintiff's *Ex Parte* Application for Leave to File Surreply in Opposition to Defendants' Motion to Dismiss ("Motion"). Having considered the parties' papers, and all documents and pleadings of record, Plaintiff's Motion is hereby **GRANTED**. Plaintiff is ordered to file the Surreply and supporting Declaration attached as Exhibits A and B to his *ex parte* application forthwith.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
The Honorable R. Gary Klausner
United States District Judge