| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 4 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

RICHARD ROE,

        Plaintiff-Appellant,

 v.

UNITED STATES OF AMERICA; et al.,

        Defendants-Appellees.

No.   21-56026

D.C. No. 2:21-cv-02919-RGK-MAR
Central District of California,
Los Angeles

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 9), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

                                                FOR THE COURT:

                                                MOLLY C. DWYER
                                                CLERK OF COURT


                                                By: Terri Haugen
                                                Deputy Clerk
                                                Ninth Circuit Rule 27-7

tah/1.3.22/Pro Mo